UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:00 CR 489 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| PAUL BENJAMIN GOIST, | ) | MEMORANDUM OPINION AND ORDER |
| Defendant. | ) | |

This matter comes before the Court upon Mr. Goist's "Motion to Vacate and Dismiss Charges Pursuant to Title 28 U.S.C. Section 1359." (ECF #141). Title 28 U.S.C. Section 1359 addresses the jurisdiction of the Court in civil actions and does not apply to criminal cases. This section cannot be used as a basis to vacate a criminal judgment or dismiss criminal charges. Mr. Goist's Motion is, therefore, DENIED. IT IS SO ORDERED.

*[signature]*
DONALD C. NUGENT
United States District Judge

DATED: *February 4, 2009*